Lawrence J. Gornick (SBN 136290)
Emily Charley (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Tel: (415) 646-7160
Fax: (415) 981-1270

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER R. RUSCSAK<br><br>Plaintiff,<br><br>vs.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., et al,<br><br>Defendant. | No. C 06 1305 MHP<br><br>Before the Honorable Patel<br><br>[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Conference Date:  June 26, 2006<br>Conference Time:  4:00 p.m.<br>Location:  Courtroom 15, 18th Fl. |

For the reasons set forth in the Joint Case Management Conference Statement, the Court hereby continues the Case Management Conference ("CMC") presently schedule for June 26, 2006, until SEPTEMBER 18, 2006, at 4:00 PM. In the event the case is not transferred as part of the MDL No. 1596 – *In re Zyprexa Liability Litigation* and/or MDL No. 1769 – *In re Seroquel Products Liability Litigation* far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 court days before the new CMC, pursuant to this Court's Standing Order.

IT IS SO ORDERED

DATED: June 20, 2006

HONORABLE MARILYN HALL PATEL,
United States District Court Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

NS