LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone      (415) 646-7160
Facsimile      (415) 981-1270

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JENNIFER RUSCSAK, | Case No. C 06 1305 MHP |
| Plaintiff, | **STIPULATION AND REQUEST FOR VOLUNTARY DISMISSAL OF JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., AND JOHNSON & JOHNSON** |
| v. | |
| ASTRAZENECA PHARMACEUTICALS, *et al* | |
| Defendants. | **HON. MARILYN HALL PATEL** |

Pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff requests dismissal without prejudice of **ONLY** defendants JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., and JOHNSON & JOHNSON, from the above-captioned action. Defendants JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., and JOHNSON & JOHNSON, having filed an answer in this action, stipulate to that dismissal.

Dated: July _12_, 2006                          Dated: July _10_, 2006

LEVIN SIMES KAISER & GORNICK LLP      DRINKER BIDDLE & REATH LLP

_____                _____
Dennis J. Canty                       Charles F. Preuss
Attorneys for Plaintiff               Steven M. Selna
                                      Owen J. Rescher
                                      Attorneys for Defendants
                                      Janssen, L.P., Janssen Pharmaceutica Inc., and
                                      Johnson & Johnson

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 13, 2006

IT IS SO ORDERED

Judge Marilyn H. Patel

The Honorable Marilyn Hall Patel
United States District Court Judge

STIPULATION AND VOLUNTARY DISMISSAL